IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| BRENT W. BRADFORD, | § § | |
| Plaintiff, | § § | |
| v. | § § | EP-12-CV-00027-DCG |
| ROGER CLEVELAND GOLF, INC. d/b/a Never Compromise, | § § § | |
| Defendant. | § § | |

## JOINT MOTION TO DISMISS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW, Plaintiff BRENT W. BRADFORD and Defendant ROGER CLEVELAND GOLF COMPANY, INC., d/b/a Never Compromise, and file this Joint Motion to Dismiss because those matters in controversy between the parties have been settled, as follows:

1. Plaintiff Bradford moves to dismiss, with prejudice, all claims recited in his Original Complaint against Cleveland Golf.

2. Cleveland Golf moves to dismiss its Defenses and Counterclaims as raised in its Original Answer, without prejudice to the rights of Cleveland Golf and its customers and/or users of the GM2 Putters, and any successor in interest to any of them, to assert such Defenses and Counterclaims in regards to any future claim asserted under either of U.S. Patents 6,652,390 or 7,016,304 by Bradford or any future owner, co-owner, or licensee under, or successor in interest thereto, of either of said patents.

PRAYER

WHEREFORE, the parties pray that this Court enter an order dismissing Plaintiff's claims against Defendant with prejudice, and dismissing Defendant's Defenses and Counterclaims, without prejudice, and taxing costs against the party which incurred them.

Respectfully submitted,
**R. WAYNE PRITCHARD, P.C.**
300 E. Main, Suite 1240
El Paso, Texas  79912
915/533-0080
915/533-0081 - FAX

DATED: July 20, 2012    By: _____
**R. WAYNE PRITCHARD**
State Bar No. 16340150
Attorney for BRENT W. BRADFORD

Respectfully submitted,
**RAY, VALDEZ, McCHRISTIAN & JEANS, P.C.**
5822 Cromo Drive, Suite 300
El Paso, Texas  79912
915/832-7200
915/832-7333 - FAX

DATED: July 20, 2012    By: _____
**JEFFREY THOMAS LUCKY**
State Bar No. 12667350
Attorney for ROGER CLEVELAND GOLF
COMPANY, INC., d/b/a Never Compromise

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| BRENT W. BRADFORD, | § § | |
| Plaintiff, | § § | |
| v. | § § | EP-12-CV-00027-DCG |
| ROGER CLEVELAND GOLF, INC. d/b/a Never Compromise, | § § § | |
| Defendant. | § § | |

## ORDER GRANTING JOINT MOTION TO DISMISS

On this day, the Court considered the Joint Motion to Dismiss filed by Plaintiff BRENT W. BRADFORD and Defendant ROGER CLEVELAND GOLF COMPANY, INC., d/b/a Never Compromise, in the above-entitled and numbered cause. The Court finds the Motion to be well-taken.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that all claims by Plaintiff against Defendant are hereby dismissed with prejudice, and all Defenses and Counter-claims of Defendant are dismissed without prejudice, and court costs shall be taxed against the party which incurred such costs.

Signed this _____ day of July 2012.

_____
**DAVID C. GUADERRAMA**
UNITED STATES DISTRICT JUDGE